


MIED ProSe 1 (Rev 5/16)  Complaint for a Civil Case

# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF MICHIGAN

Annie Maki

*(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

**v.**

Donald J. Trump
Chad Wolf
Office of the Director of National Intelligence
Federal Bureau of Investigation
Central Intelligence Agency
Department of Justice

*(Write the full name of each defendant who is being sued.  If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

Case: 1:20-cv-13228
Judge: Ludington, Thomas L.
MJ: Morris, Patricia T.
Filed: 12-01-2020 At 12:05 PM
CMP ANNIE MAKI V DONALD TRUMP ET AL (SS)

Jury Trial:      ☐ Yes   ☑ No
*(check one)*

# **Complaint for a Civil Case**

MIED ProSe 1 (Rev 5/16)  Complaint for a Civil Case

## I.     The Parties to This Complaint

### A.     The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint.  Attach additional pages if needed.

| | |
|---|---|
| Name | Annie Maki |
| Street Address | 628 N Walker Rd |
| City and County | Twining, Arenac County |
| State and Zip Code | Michigan 48766 |
| Telephone Number | 989-313-3050 |
| E-mail Address | annieLmaki@gmail.com |

### B.     The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known).  Attach additional pages if needed.

Defendant No. 1

| | |
|---|---|
| Name | Donald J. Trump |
| Job or Title (if known) | President |
| Street Address | 1600 Pennsylvania Avenue NW |
| City and County | Washington |
| State and Zip Code | DC, 20500 |
| Telephone Number | |
| E-mail Address (if known) | |

Defendant No. 2

| | |
|---|---|
| Name | Chad Wolf |
| Job or Title (if known) | DHS Employee |
| Street Address | |
| City and County | |
| State and Zip Code | |
| Telephone Number | |
| E-mail Address (if known) | |

2

MIED ProSe 1 (Rev 5/16) Complaint for a Civil Case

Defendant No. 3

| | |
|---|---|
| Name | Office of the Director of National Intelligence |
| Job or Title (if known) | |
| Street Address | 1500 Tysons McLean Dr |
| City and County | McLean |
| State and Zip Code | VA, 22102 |
| Telephone Number | |
| E-mail Address (if known) | |

Defendant No. 4

| | |
|---|---|
| Name | Federal Bureau of Investigation |
| Job or Title (if known) | |
| Street Address | 935 Pennsylvania Avenue NW |
| City and County | Washington |
| State and Zip Code | DC 20535 |
| Telephone Number | 202-324-3000 |
| E-mail Address (if known) | |

See Attached

## II.     Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case. In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

☑ Federal question          ☐ Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

3

MIED ProSe 1 (Rev 5/16) Complaint for a Civil Case

**A.**   **If the Basis for Jurisdiction Is a Federal Question**

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

Article II Section I of the Constitution, Article II Section II of the Constitution, 5 U.S.C Section 3345, 5 U.S.C Section 3346, 18 U.S.C Section 2384, 18 U.S.C Section 241, 18 U.S.C Section 242

**B.**   **If the Basis for Jurisdiction Is Diversity of Citizenship**

1.   The Plaintiff(s)

   a.   If the plaintiff is an individual
       The plaintiff, *(name)* _____,
       is a citizen of the State of *(name)* _____.

   b.   If the plaintiff is a corporation
       The plaintiff, *(name)* _____,
       is incorporated under the laws of the State of *(name)*
       _____, and has its principal place of business in the
       State of *(name)* _____.

   *(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2.   The Defendant(s)

   a.   If the defendant is an individual
       The defendant, *(name)* _____, is a citizen of the
       State of *(name)* _____. *Or* is a citizen of *(foreign nation)* _____.

   b.   If the defendant is a corporation
       The defendant, *(name)* _____, is incorporated
       under the laws of the State of *(name)* _____, and
       has its principal place of business in the State of *(name)*
       _____. *Or* is incorporated under the laws of
       *(foreign nation)* _____, and has its principal place
       of business in *(name)* _____.

   *(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3.   The Amount in Controversy

The amount in controversy—the amount the plaintiff claims the defendant owes or the amount at stake—is more than $75,000, not counting interest and costs of court, because *(explain)*:

## III.   Statement of Claim

Write a short and plain statement of the claim.  Do not make legal arguments.  State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct.  If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph.  Attach additional pages if needed.

Summary: Donald J. Trump and members of his administration including the heads of intelligence agencies, have engaged in the weaponization of the classification system to cover up criminal activity, have engaged in disregard for the law pertaining to the Acting Secretary of DHS position, have engaged in Seditious Conspiracy, and have engaged in conspiracy to violate my rights under the color of law leading to the withholding of documents that I believe I am entitled to under FOIA.  Please see attached.

**IV.     Relief**

State briefly and precisely what damages or other relief the plaintiff asks the court to order.  Do not make legal arguments.  Include any basis for claiming that the wrongs alleged are continuing at the present time.  Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts.  Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

Please see attached.

**V.      Certification and Closing**

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

**A.      For Parties Without an Attorney**

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served.  I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: _November 30_____ , 20_20_.

Signature of Plaintiff          _____

Printed Name of Plaintiff    Annie Maki_____

6

MIED ProSe 1 (Rev 5/16)  Complaint for a Civil Case

**Additional Information:**

Please see attached.

I.      The Parties to this Complaint
        B. The Defendants, Contd.

Defendant No. 5
Central Intelligence Agency
1000 Colonial Farm Rd
Mclean
VA 22101

Defendant No. 6
Department of Justice
950 Pennsylvania Avenue NW
Washington
DC 20530
202-514-2000

Complaint Declaration of Annie Maki.

Pursuant to 28 U.S.C Section 1746, I, Annie Maki, make the following declaration.

1. I am over the age of 21 years and I am under no legal disability, which would prevent me from giving this declaration.
2. I am a united States citizen and I live at 628 N Walker Rd, Mason Township, Arenac County, Michigan, in these United States of America.
3. On November 13, 2019, Chad F Wolf was designated as the Acting Secretary of Homeland Security by President Donald J. Trump.
4. U.S.C § 3346 states that: (a) Except in the case of a vacancy caused by sickness, the person serving as an acting officer as described under section 3345 may serve in the office – (1) for no longer than 210 days beginning on the date the vacancy occurs; or (2) subject to subsection (b), once a first or second nomination for the office is submitted to the Senate, from the date of such nomination for the period that the nomination is pending in the Senate. (b) (1) If the first nomination for the office is rejected by the Senate, withdrawn, or returned to the President by the Senate, the person may continue to serve as the acting office for no more than 210 days after the date of such rejection, withdrawal, or return. (2) Notwithstanding paragraph (1), if a second nomination for the office is submitted to the Senate after the rejection, withdrawal, or return of the first nomination, the person serving as the acting officer may continue to serve— (A) until the second nomination is confirmed; or (B) for no more than 210 days after the second nomination is rejected, withdrawn, or returned. (c) If a vacancy occurs during an adjournment of the Congress sine die, the 210-day period under subsection (a) shall begin on the date that he Senate first reconvenes.
5. On August 14, 2020, the Government Accountability Office issued a decision pertaining to Department of Homeland Security—Legality of Service of Acting Secretary of Homeland Security and Service of Senior Official Performing the Duties of Deputy Secretary of Homeland Security, finding that "Because the incorrect official assumed the title of Acting Secretary at that time, subsequent amendments to the order of succession made by that official were invalid and officials who assumed their positions under such amendments, including Chad Wolf and Kenneth Cuccinelli, were named by reference to an invalid order of succession."
6. When the Government Accountability Office found that Chad Wolf's succession and assumption of the Acting Secretary of DHS role was never legally valid, the 210 day term limit for a serving acting officer had already been exceeded in violation of U.S.C § 3346 (a)(1), meaning that even if his role as Acting Secretary had ever even been valid and in compliance with the law to start with, he was illegally occupying that role in further violation of the law in excess of the 210 day limit.
7. Article II Section I of the Constitution states that the President "Before he enter on the Execution of his Office, he shall take the following Oath or Affirmation:– I do solemnly swear (or affirm) that I will faithfully execute the Office of President of the United

States, and will to the best of my Ability, preserve, protect and defend the Constitution of the United States."

8. Article II Section II of the Constitution states that the President "He shall have Power, by and with the Advice and Consent of the Senate, to make Treaties, provided two thirds of the Senators present concur; and he shall nominate, and by and with the Advice and Consent of the Senate, shall appoint Ambassadors, other public Ministers and Consuls, Judges of the supreme Court, and all other Officers of the United States, whose Appointments are not herein otherwise provided for, and which shall be established by Law"

9. 5 U.S.C. § 3345 states that (a) If an officer of an Executive agency (including the Executive Office of the President, and other than the Government Accountability Office) whose appointment to office is required to be made by the President, by and with the advice and consent of the Senate, dies, resigns, or is otherwise unable to perform the functions and duties of the office— (1) the first assistant to the office of such officer shall perform the functions and duties of the office temporarily in an acting capacity subject to the time limitations of section 3346; (2) notwithstanding paragraph (1), the President (an only the President) may direct a person who serves in an office for which appointment is required to be made by the President, by and with the advice and consent of the Senate, to perform the functions and duties of the vacant office temporarily in an acting capacity subject to the time limitations of section 3346; or (3) notwithstanding paragraph (1), the President (and only the President) may direct an officer or employee of such Executive agency to perform the functions and duties of the vacant office temporarily in an acting capacity, subject to the time limitations of section 3346, if—(A) during the 365-day period preceding the date of death, resignation, or beginning of inability to serve of the applicable officer, the officer or employee serve in a position in such agency for not less than 90 days; and (B) the rate of pay for the position described under subparagraph (A) is equal to or greater than the minimum rate of pay payable for a position at GS-15 of the General Schedule. (b) (1) Notwithstanding subsection (a)(1), a person may not serve as an acting officer for an office under this section if—(A)during the 365-day period preceding the date of the death, resignation, or beginning of inability to serve, such person—(i) did not serve in the position of first assistant to the office of such officer; or (ii) served in the position of first assistant to the office of such officer for less than 90 days; and (B) the President submits a nomination of such person to the Senate for appointment to such office. (2) Paragraph (1) shall not apply to any person if—(A) such person is serving as the first assistant to the office of an officer described under subsection (a); (B) the office of such first assistant is an office for which appointment is required to be made by the President, by and with the advice and consent of the Senate; and (C) the Senate has approved the appointment of such person to such office. (c) (1) Notwithstanding subsection (a)(1), the President (and only the President) may direct an officer who is nominated by the President for reappointment for an additional term to the same office in an Executive department without a break in

service, to continue to serve in that office subject to the time limitations in section 3346, until such time as the Senate has acted to confirm or reject the nomination, notwithstanding adjournment sine die. (2) For purposes of this section and sections 3346, 3348, 3349, 3349a, and 3349d, the expiration of a term of office is an ability to perform the functions and duties of such office.

10. Chad Wolf was confirmed as Under Secretary of Homeland Security Office of Strategy, Policy, and Plans, on November 13, 2019, the same day he was designated as Acting Secretary of DHS. Even if the succession order had been valid, he had not served in that position for 90 days as called for under 5 U.S.C. § 3345 (b)(1)(ii).

11. I presume that Donald John Trump has been aware that Chad Wolf has not been serving legally in the role of Acting Secretary of DHS at least since the GAO rendered their decision on August 14, 2020, and I assert that that I believe that he has a responsibility and duty to have knowledge and awareness of this matter as well as the requirements under 5 U.S.C. § 3345 and §3346, but has willfully exercised disregard for the law.

12. I assert that I believe Donald John Trump has a Constitutional duty to appoint a legally acting Secretary of DHS in accordance with the law.

13. I assert that I believe that Donald John Trump has knowingly refused to faithfully execute the duties of his office in accordance with the law and has willfully failed to uphold his Oath as President.

14. I presume that Chad Wolf has been aware that he has not been serving legally in the role of Acting Secretary of DHS at least since the GAO rendered their decision on August 14, 2020, and I assert that I believe he has a responsibility and duty to have knowledge and awareness of this matter.

15. Chad Wolf has not vacated his illegally occupied role of Acting Secretary of DHS.

16. I assert that I believe Donald John Trump's administration, demonstrated through their talk of implementing the insurrection act, was trying to deploy military Armed Forces onto domestic soil to use force against protestors, but was rebuffed by Pentagon and military leadership, and so instead turned to the DHS and Chad Wolf to use force against protestors instead, that Donald John Trump was likely already aware of Chad Wolf's illegal acting status at this time, and that Donald John Trump may endeavor to use the DHS in such a manner again in the future as a measure to quell with force not just rioters and violent protestors, but peaceful protestors exercising their Constitutional rights as well.

17. I assert that I have reason to believe that I have been under a protective detail that I believe is linked to active military Armed Forces since at least October of 2018, and that the waiver for the duty to inform me about threats against my life, any attempts to take my life, of which there have been numerous of over the course of the past two years, and a broad assortment of related manners, are classified to cover up gross criminality and for the purposes of plausible deniability, some of it classified in violation of the law and my rights, as I have never consented or contracted to these circumstances, that a vast number of individuals within the government and this administration and

elsewhere are aware of these circumstances, and that these circumstances against me were initiated by activity relating to controversial public pseudonymous posts made as 'Q' by Senior Advisor to the President Stephen Miller.

18. I assert that I believe that my life, skillset, and capabilities, were leveraged under duress in part to be used as assassin bait, under dehumanizing circumstances which could be characterized as Forced Labor under 18 U.S.C § 1589(a)(4) with the implicit understanding that my protective detail could be withdrawn should my usefulness or cooperation expire.

19. I assert that I believe that these dehumanizing circumstances and abuses against me may include a classified unlawful either official or unofficial injunction that disallows anyone with a security clearance from even being able to directly communicate or speak to me through any sort of normal uncoded means, even for just normal personal relations, including but not limited to individuals who do not work directly for the government but require a security clearance for their work in the private sector, and may be being used as extortionary leverage to wrongfully prevent communications for personal relations by threatening to withdraw the security clearance needed to maintain the livelihood related to a work position as retaliation.

20. I assert that I believe that instead of the activities here, that include hired assassins being taken into custody, being used to uphold full Justice under the law, it has been misappropriated in order to use as extortion leverage and blackmail against corrupted involved parties, and may have resulted in the intentional Misprision of Felony and Misprision of Treason, and that the United States Attorney General, William Barr, may be complicit.

21. I assert that I believe the individuals taken into custody here may include operatives linked to the CIA's Special Activities Center who knowingly targeted Special Operating Forces operatives, resulting in the discharge of live fire, either under the orders of or the knowledge of Gina Haspel, and may constitute an act of Treason.

22. I assert that I believe that individuals within this administration have already attempted to withdraw my protective detail and related protective activities with the intent to enable a successful attempt against my life, including after Donald Trump replaced the Combatant Command General over the U.S. Northern Command with General Glen D. VanHerck.

23. After the use of DHS related forces in matters relating to protests and prior to the Government Accountability Office's decision issuance of the invalidity of Chad Wolf's position, I publicly endeavored to bring greater awareness of Chad Wolf's illegal occupation of the Acting Secretary of DHS role, particularly relating to the 210 day limit, and to pressure the head of GAO to take action on this matter.

24. I assert that I believe there were additional attempts to take my life, resulting in the discharge of live fire after these efforts, by people linked to Donald John Trump, for his benefit, despite their awareness of the nature of the protective detail I am under,

possibly also including the three shots fired shortly after the DOJ's OIP declined to expedite my FOIA appeal referenced further below.

25. I assert that I believe Ivanka Trump and Jared Kushner may have knowledge of and involvement with the attempts against my life, are partially motivated by retaliation in order to silence my efforts to bring greater public awareness of past allegations relating to cases against Jeffrey Epstein and Ghislaine Maxwell, pertaining to Donald Trump's ex-wife Ivana Trump's alleged activity in accompanying Ghislaine Maxwell in Palm Beach to procure underaged girls for Jeffrey Epstein.

26. I assert that I believe Ivana Trump and Jared Kushner may be working as operatives for Israel.

27. I assert that I believe Donald John Trump and Chad Wolf are amongst numerous individuals collaboratively hindering and delaying the execution of laws of the United States, and are amongst the parties acting in violation of 18 U.S.C. § 2384, the Seditious Conspiracy statute, which states "If two or more persons in any State or Territory, or in any place subject to the jurisdiction of the United States, conspire to overthrow, put down, or to destroy by force the Government of the United States, or to levy war against them, or to oppose by force the authority thereof, or by force to prevent, hinder, or delay the execution of any law of the United States, or by force to seize, take, or possess any property of the United States contrary to the authority thereof, they shall each be fined under this title or imprisoned not more than twenty years, or both."

28. Following the GAO decision on the invalidity of Chad Wolf as Acting Secretary of DHS on August 14, 2020, Donald John Trump nominated Chad Wolf as Secretary of DHS.

29. I assert that I believe Donald John Trump's nomination of Chad Wolf as Secretary of DHS does not add any valid legitimacy to his illegal and continuing assumption of the Acting Secretary of DHS role nor offer any valid extension of the 210 day limitation under 5 U.S.C. § 3346, but would instead further and additionally render Chad Wolf's illegal occupation of the Acting Secretary of DHS in violation of 5 U.S.C. § 3345 (b)(1)(B).

30. I assert that I firmly believe that numerous individuals, including but not limited to within the DHS and Senate, and specifically including Senate Majority Leader Mitch McConnell, have knowledge of these matters regarding the violations of 5 U.S.C. § 3345 and § 3346, and are party to Seditious Conspiracy violation of 18 U.S.C. § 2384 to attempt to uphold Chad Wolf's illegal occupation of the Acting Secretary of DHS role, with some in the Senate even endeavoring to strategically delay but also further the advancement of his nomination of Secretary despite these ongoing violations and disregard of the law, partially in order so that this lawless loyalist can exercise the power of DHS to violate the rights of civilian citizens who may engage in protests, and believe these actions represent a grave threat to our Republic and should be investigated thoroughly.

31. I assert that I firmly believe my life and rights remains under threat, which may be further heightened by this complaint, by individuals linked to Donald John Trump including some within his administration, and that the Department of Justice Office of

Information Policy's refusal to grant expedition of and failure thus far to respond to my FOIA appeal to them numbered A-2021-00002, received by their system on 10/15/2020, that also relates to the matter in ODNI Case #DP-2020-00231, constitutes a further violation of my rights and legal violations including but not limited to 18 U.S.C § 241 and 18 U.S.C § 242, and 18 U.S.C § 2384, in order to cover up crimes that may include not just attempted homicide, forced labor, and misprison of treason, but may even include activity that could qualify as War Crimes under 18 U.S.C. § 2441.

32. The response issued on ODNI Case #DP-2020-00231 includes the text "With regard to its classified files, in accordance with section 3.6(a) of Executive Order 13526, the ODNI can neither confirm nor deny the existence or nonexistence of records responsive to your request. The fact of the existence or nonexistence of requested records is currently and properly classified and is intelligence sources and methods information that is protected from disclosure pursuant to section 102A(i)(1) of the National Security Act of 1947, as amended, 50 U.S.C § 3024(i)(1). Therefore your request is denied pursuant to PA exemption (k)(1) and FOIA exemptions (b)(1) and (b)(3)."

33. In my appeal to the FOIA appeal to the DOJ's OIP on my initial request to the FBI, A-2021-00002, I included a document modification request that I ask that they be compelled to comply within full accordance with the law. I would like any pertinent documents related to me across all agencies to be corrected to reflect that I have in no way voluntarily consented to or contracted with the government, military, any intelligence agency, or related contractor, for myself or my work or efforts to serve as an information source or method for them, especially not in a way that abridges any of my rights under duress without even offering any just remuneration, or used in a way to withhold remedy from me.

34. I assert that I believe that what I regard as the weaponization of the classification system that may include gross violations of regulations specifically including but not limited to 28 CFR § 17.22(d), is not just being used against me as an individual, but on a much broader scale, including the utilization of very selective declassification in matters pertaining to what has been labeled 'RussiaGate' and 'SpyGate', in order to craft and uphold a narrative for the purpose of engaging in extensive Psychological Operations against the American People and to cover up and obfuscate crimes relating to interference and influence of the foreign nation Israel, the CIA, and privatized intelligence organizations that include hackers, psychological operatives, and mercenaries, in activities within our government including to affect our election.

35. I assert that I believe that Donald Trump and Gina Haspel of the CIA, Christopher Wray of the FBI, John Ratcliffe of the DNI, AG William Barr, and Matthew Hurd of the DOJ's OIP, may all be directly involved in upholding the usage of unlawful classification against me and on a broader scale.

36. I assert that I believe many Federal officials within all branches of government are aware of some of all of what I outline in this complaint, and that there is a deep culture of corruption, extortion, blackmail, coercion, and implied or explicit threats of violence,

that may have led to the widespread abdication of responsibilities and the failure of the Separation of Powers to function properly.

37. I assert that I believe that the seized servers many have referenced in a way that infers that the servers belong to Dominion or Scytl, actually belong to the CIA, and are part of an operation intended to take live a simulation previously put on by a company called Cyberreason, with connections relating to Israeli military intelligence and the CIA, that ended with the elections being canceled and martial law being declared, and that this simulation may have been attended by officials from the FBI, DHS, and the U.S. Secret Service, and that there are numerous high level Psychological Operations presently being carried out against the American People by a vast web of operatives as an effort to take live this simulation, and that some of the entities and individuals involved with attempting to take live this operation, may also soon endeavor to take live components of Operation Dark Winter.

38. I fully understand that many aspects of this complaint may seem outlandish or without basis, but I firmly believe that the declassification of relevant documents will show evidence of the basis, and I believe I have an earnest Duty to file the things outlined herein.

IV. Relief

I, Annie Maki, maintain full reservation of my rights, and within this filing, do hereby petition this court to redress these grievances by:

1. Referring these to suitable parties to be placed under full criminal investigations whether combined or separate of all matters in this complaint and declaration for criminal activity and violations of our Constitution and law for prosecution.

2. To issue a statement on whether or not Chad Wolf is acting as the Acting Secretary of DHS in a legal manner, and if it is not legal, to order him to officially vacate his assumed title of Acting Secretary of DHS.

3. To issue an injunction against Chad Wolf's nomination to become Secretary of DHS while until any violations of the law can be fully investigated.

4. To issue any injunctions as this court finds appropriate to cease any ongoing violations of the law as relevant to this complaint.

5. To issue an injunction to prevent the destruction of any and all classified documents relating to any of the matters relevant to this complaint.

6. To order the CIA, DNI, FBI, and DOJ, to comprehensively review all classified documents pertaining to this complaint by means that discludes any parties that may be incriminated within those documents, or any individuals listed within this complaint who are evidenced within those documents of potential wrongdoing pertaining to any of these outlined matters, from participating in the review process,

and to remedy any violations of the law or regulations pertaining to those documents.

7. To order the CIA, DNI, FBI, and DOJ to modify any documents pertaining to me, whether by my legal name or any pseudonyms or as a 'Doe', to reflect that I have in no way voluntarily consented to or contracted with the government, military, any intelligence agency, or related contractor, for myself or my work or efforts to serve as an information source or method for them, especially not in a way that abridges any of my rights under duress, which without even offering any just remuneration, or used in a way to withhold remedy from me, and to render invalid but not delete any documents that have in any way counterfeited or falsely presumes my consent, and to render invalid any injunction, document, or order, that may exist that under the color of law abridges communication between myself and anyone else, or that prescribes any unlawful activity relating to any matters outlined within this complaint.

8. To order the ODNI, FBI, and DOJ to issue responses to my FOIA requests and appeal after documents pertaining to those requests have been appropriately modified and brought into compliance with laws and regulations as requested.

9. To issue injunctions to the DNI, FBI, CIA, and DOJ, for the downgrading or declassification of any matters relevant to this complain that this court may believe the public interest in disclosure outweighs the damage to the national security that might reasonably be expected from disclosure.



**Administrator Email** <oip-noreply@usdoj.gov>
to me

Mon, Oct 19, 1:13 PM

Expedited Determination decision has been made on Appeal Number A-2021-00002 with the decision of Denied

You assert that your appeal is entitled to expedited treatment pursuant to the first standard enumerated in the Department of Justice's regulations. Expedited treatment pursuant to the first standard will be granted where not doing so "could reasonably be expected to pose an imminent threat to the life or physical safety of an individual." 28 C.F.R. § 16.5(e)(1)(i) (2019). In establishing the expedited treatment framework, Congress noted that the "categories for compelling need are intended to be narrowly applied." H.R. Rep. No. 104-795, at 26 (1996). Congress further stated: "A threat to an individual's life or physical safety qualifying for expedited access should be imminent. A reasonable person should be able to appreciate that a delay in obtaining the requested information poses such a threat." Id.; see also, e.g., Cleaver v. Kelley, 427 F. Supp. 80, 81 (D.D.C. 1976) (criminal defendant, facing possible "loss of freedom or life" in imminent state prosecution, demonstrated "exceptional and urgent need to obtain any and all information that could prove exculpatory"); Exner v. FBI, 443 F. Supp. 1349, 1353 (S.D. Cal. 1978) (requester obtained expedited treatment after leak of information exposed her to harm from organized crime figures), aff'd, 612 F.2d 1202 (9th Cir. 1980). Based on the information that you have provided, I have determined that you have not met your burden under the first standard. You have not presented any facts that demonstrate how a delay in processing your appeal would pose an imminent threat to the life or physical safety of any individual. Without such proof, expedited processing pursuant to the first standard is not warranted. You also assert that your appeal is entitled to expedited treatment pursuant to the third standard enumerated in the Department of Justice's regulations. Under the third standard, you must show that the request involves "[t]he loss of substantial due process rights." 28 C.F.R. § 16.5(e)(1)(iii) (2019). Courts have held that requests for expedited treatment for due process reasons generally should not be granted unless a requester shows that they are "facing grave punishment" in a pending criminal proceeding and that "there is a reason to believe that the information produced will aid in the individual's defense." Aguilera v. FBI, 941 F. Supp. 144, 150 (D.D.C. 1996). Based on the information that you have provided, I have determined that you do not meet this test because you have not provided any facts or demonstrated that you are facing grave punishment, that the information sought will aid in any defense, or that your request relates to a pending criminal proceeding. Accordingly, I am denying your request for expedited treatment of your appeal. If you have any questions regarding the action this Office has taken on your appeal, you may contact this Office's FOIA Public Liaison for your appeal. Specifically, you may speak with Matthew Hurd by calling (202) 514-3642.   If you are dissatisfied with my action on your request for expedited treatment of your appeal, you may file a lawsuit in accordance with 5 U.S.C. § 552(a)(6)(E)(iii).

OFFICE OF THE DIRECTOR OF NATIONAL INTELLIGENCE
WASHINGTON, DC

Ms. Annie Lee Maki                                              September 17, 2020
628 N Walker Road
Twining, MI  48766

Reference:  ODNI Case #DP-2020-00231

Ms. Maki,

        This responds to your email dated and received by the Office of the Director of
National Intelligence (ODNI) on 15 September 2020, in which you requested "...any
intelligence, correspondence/communication, files, or information on myself,
Annie Maki, born on July 24, 1985, SSN ending in 3962, between the beginning of 2018
to present day, that DNI has in its possession or has access to from any intelligence
community agency."

        Your request has been processed in accordance with both the Privacy Act (PA),
5 U.S.C. §552a, and the Freedom of Information Act (FOIA).  The ODNI conducted a
search of its Security, Personnel, and Human Resources files for records responsive to
your request, and no records were located.

        With regard to its classified files, in accordance with Section 3.6(a) of Executive
Order 13526, the ODNI can neither confirm nor deny the existence or nonexistence of
records responsive to your request.  The fact of the existence or nonexistence of requested
records is currently and properly classified and is intelligence sources and methods
information that is protected from disclosure pursuant to Section 102A(i)(1) of the National
Security Act of 1947, as amended, 50 U.S.C. § 3024(i)(1).  Therefore your request is
denied pursuant to PA exemption (k)(1) and FOIA exemptions (b)(1) and (b)(3).  By this
statement, the ODNI neither confirms nor denies that such records may or may not exist.

        If you wish to appeal our determination on this request, please explain the basis of
your appeal and forward to: Office of the Director of National Intelligence, Information
Management Office, Washington, DC 20511, within 90 days of the date of this letter.

        If you have any questions, feel free to email our Requester Service Center at DNI-
FOIA@dni.gov or call us at (301) 243-1499.  You can also contact ODNI's FOIA
Liaison at DNI-FOIA-Liaison@dni.gov.

                                        Sincerely,

                                        Sally A. Nicholson

                                        Sally A. Nicholson
                                        Chief, Information Review &
                                          Release Group
                                        FOIA Public Liaison
                                        Information Management Office

JS 44 (Rev. 10/20)

# CIVIL COVER SHEET

County in which action arose: Arenac

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

## I. (a) PLAINTIFFS

Annie Maki

**(b)** County of Residence of First Listed Plaintiff   Arenac
*(EXCEPT IN U.S. PLAINTIFF CASES)*

**(c)** Attorneys *(Firm Name, Address, and Telephone Number)*
Pro Se

## DEFENDANTS

Donald J. Trump, Chad Wolf, Office of the Director of National Intelligence, Federal Bureau of Investigation, Central Intelligence Agency, Department of Justice

County of Residence of First Listed Defendant
*(IN U.S. PLAINTIFF CASES ONLY)*
NOTE:   IN LAND CONDEMNATION CASES, USE THE LOCATION OF
THE TRACT OF LAND INVOLVED.

Attorneys *(If Known)*

## II. BASIS OF JURISDICTION *(Place an "X" in One Box Only)*

- [ ] 1  U.S. Government Plaintiff
- [ ] 3  Federal Question *(U.S. Government Not a Party)*
- [x] 2  U.S. Government Defendant
- [ ] 4  Diversity *(Indicate Citizenship of Parties in Item III)*

## III. CITIZENSHIP OF PRINCIPAL PARTIES *(Place an "X" in One Box for Plaintiff*
*(For Diversity Cases Only)* *and One Box for Defendant)*

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | [x] 1 | [ ] 1 | Incorporated *or* Principal Place of Business In This State | [ ] 4 | [ ] 4 |
| Citizen of Another State | [ ] 2 | [ ] 2 | Incorporated *and* Principal Place of Business In Another State | [ ] 5 | [x] 5 |
| Citizen or Subject of a Foreign Country | [ ] 3 | [ ] 3 | Foreign Nation | [ ] 6 | [ ] 6 |

## IV. NATURE OF SUIT *(Place an "X" in One Box Only)*

Click here for: Nature of Suit Code Descriptions.

### CONTRACT
- [ ] 110 Insurance
- [ ] 120 Marine
- [ ] 130 Miller Act
- [ ] 140 Negotiable Instrument
- [ ] 150 Recovery of Overpayment & Enforcement of Judgment
- [ ] 151 Medicare Act
- [ ] 152 Recovery of Defaulted Student Loans (Excludes Veterans)
- [ ] 153 Recovery of Overpayment of Veteran's Benefits
- [ ] 160 Stockholders' Suits
- [ ] 190 Other Contract
- [ ] 195 Contract Product Liability
- [ ] 196 Franchise

### REAL PROPERTY
- [ ] 210 Land Condemnation
- [ ] 220 Foreclosure
- [ ] 230 Rent Lease & Ejectment
- [ ] 240 Torts to Land
- [ ] 245 Tort Product Liability
- [ ] 290 All Other Real Property

### TORTS
**PERSONAL INJURY**
- [ ] 310 Airplane
- [ ] 315 Airplane Product Liability
- [ ] 320 Assault, Libel & Slander
- [ ] 330 Federal Employers' Liability
- [ ] 340 Marine
- [ ] 345 Marine Product Liability
- [ ] 350 Motor Vehicle
- [ ] 355 Motor Vehicle Product Liability
- [ ] 360 Other Personal Injury
- [ ] 362 Personal Injury - Medical Malpractice

**PERSONAL INJURY**
- [ ] 365 Personal Injury - Product Liability
- [ ] 367 Health Care/ Pharmaceutical Personal Injury Product Liability
- [ ] 368 Asbestos Personal Injury Product Liability

**PERSONAL PROPERTY**
- [ ] 370 Other Fraud
- [ ] 371 Truth in Lending
- [ ] 380 Other Personal Property Damage
- [ ] 385 Property Damage Product Liability

### CIVIL RIGHTS
- [x] 440 Other Civil Rights
- [ ] 441 Voting
- [ ] 442 Employment
- [ ] 443 Housing/ Accommodations
- [ ] 445 Amer. w/Disabilities - Employment
- [ ] 446 Amer. w/Disabilities - Other
- [ ] 448 Education

### PRISONER PETITIONS
**Habeas Corpus:**
- [ ] 463 Alien Detainee
- [ ] 510 Motions to Vacate Sentence
- [ ] 530 General
- [ ] 535 Death Penalty
**Other:**
- [ ] 540 Mandamus & Other
- [ ] 550 Civil Rights
- [ ] 555 Prison Condition
- [ ] 560 Civil Detainee - Conditions of Confinement

### FORFEITURE/PENALTY
- [ ] 625 Drug Related Seizure of Property 21 USC 881
- [ ] 690 Other

### LABOR
- [ ] 710 Fair Labor Standards Act
- [ ] 720 Labor/Management Relations
- [ ] 740 Railway Labor Act
- [ ] 751 Family and Medical Leave Act
- [ ] 790 Other Labor Litigation
- [ ] 791 Employee Retirement Income Security Act

### IMMIGRATION
- [ ] 462 Naturalization Application
- [ ] 465 Other Immigration Actions

### BANKRUPTCY
- [ ] 422 Appeal 28 USC 158
- [ ] 423 Withdrawal 28 USC 157

### PROPERTY RIGHTS
- [ ] 820 Copyrights
- [ ] 830 Patent
- [ ] 835 Patent - Abbreviated New Drug Application
- [ ] 840 Trademark
- [ ] 880 Defend Trade Secrets Act of 2016

### SOCIAL SECURITY
- [ ] 861 HIA (1395ff)
- [ ] 862 Black Lung (923)
- [ ] 863 DIWC/DIWW (405(g))
- [ ] 864 SSID Title XVI
- [ ] 865 RSI (405(g))

### FEDERAL TAX SUITS
- [ ] 870 Taxes (U.S. Plaintiff or Defendant)
- [ ] 871 IRS—Third Party 26 USC 7609

### OTHER STATUTES
- [ ] 375 False Claims Act
- [ ] 376 Qui Tam (31 USC 3729(a))
- [ ] 400 State Reapportionment
- [ ] 410 Antitrust
- [ ] 430 Banks and Banking
- [ ] 450 Commerce
- [ ] 460 Deportation
- [ ] 470 Racketeer Influenced and Corrupt Organizations
- [ ] 480 Consumer Credit (15 USC 1681 or 1692)
- [ ] 485 Telephone Consumer Protection Act
- [ ] 490 Cable/Sat TV
- [ ] 850 Securities/Commodities/ Exchange
- [ ] 890 Other Statutory Actions
- [ ] 891 Agricultural Acts
- [ ] 893 Environmental Matters
- [ ] 895 Freedom of Information Act
- [ ] 896 Arbitration
- [ ] 899 Administrative Procedure Act/Review or Appeal of Agency Decision
- [ ] 950 Constitutionality of State Statutes

## V. ORIGIN *(Place an "X" in One Box Only)*

- [x] 1 Original Proceeding
- [ ] 2 Removed from State Court
- [ ] 3 Remanded from Appellate Court
- [ ] 4 Reinstated or Reopened
- [ ] 5 Transferred from Another District *(specify)*
- [ ] 6 Multidistrict Litigation - Transfer
- [ ] 8 Multidistrict Litigation - Direct File

## VI. CAUSE OF ACTION

Cite the U.S. Civil Statute under which you are filing *(Do not cite jurisdictional statutes unless diversity)*:
Freedom of Information Act

Brief description of cause: withholding of documents and failure to respond to appeal

## VII. REQUESTED IN COMPLAINT:

- [ ] CHECK IF THIS IS A CLASS ACTION UNDER RULE 23, F.R.Cv.P.

DEMAND $

CHECK YES only if demanded in complaint:
JURY DEMAND:   [ ] Yes   [x] No

## VIII. RELATED CASE(S) IF ANY

*(See instructions)*:

JUDGE _____   DOCKET NUMBER _____

DATE  11/30/2020

SIGNATURE OF ATTORNEY OF RECORD
Signature of Pro Se Plaintiff   Annie Maki

**FOR OFFICE USE ONLY**

RECEIPT #          AMOUNT          APPLYING IFP          JUDGE          MAG. JUDGE

## PURSUANT TO LOCAL RULE 83.11

1.       Is this a case that has been previously dismissed?     ☐ Yes
                                                                       ☑ No

If yes, give the following information:

Court: _____

Case No.: _____

Judge: _____

2.       Other than stated above, are there any pending or previously     ☐ Yes
              discontinued or dismissed companion cases in this or any other     ☑ No
              court, including state court? (Companion cases are matters in which
              it appears substantially similar evidence will be offered or the same
              or related parties are present and the cases arise out of the same
              transaction or occurrence.)

If yes, give the following information:

Court: _____

Case No.: _____

Judge: _____

Notes :



  

**GUARANTEED***
★ ★ ★
**TRACKED**
★ ★ ★
**INSURED**
★

# PRIORITY®
# MAIL
# EXPRESS

## FLAT RATE ENVELOPE
ONE RATE ★ ANY WEIGHT*

P S 1 0 0 0 1 0 0 0 0 0 6

EP13F Oct 2018
OD: 12 1/2 x 9 1/2

**VISIT US AT USPS.COM®**
ORDER FREE SUPPLIES ONLINE

* Money back guarantee to U.S., select APO/FPO/DPO, and select international destinations. See DMM and IMM at pe.usps.com for complete details.
* For Domestic shipments, the maximum weight is 70 lbs. For international shipments, the maximum weight is 4 lbs.