UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

ANNIE MAKI,

    Plaintiff,

v.

Case No. 20-CV-13228
Honorable Thomas L. Ludington

DONALD J. TRUMP, et al.,

    Defendants.
_____/

## **JUDGMENT**

In accordance with the order adopting the Magistrate Judge's Report and Recommendation,

It is **ORDERED** that Plaintiff's Objections to the Report and Recommendation, ECF No. 5, are **OVERRULED**.

It is further **ORDERED** that the Magistrate Judge's Report and Recommendation, ECF No. 4, is **ADOPTED**.

It is further **ORDERED** that Plaintiff's Complaint, ECF No. 1, is **DISMISSED**.

Dated: February 10, 2021

s/Thomas L. Ludington
THOMAS L. LUDINGTON
United States District Judge